UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.    02-cv-1126-RPM

DAVID R. ANDERSON,

       Plaintiff,

v.

CRAIG MOEN,
JESSE AVENDANZO,
KENNETH MANZANARES and
RYAN GROTHE,

       Defendants.
_____

ORDER SETTING TRIAL DATE
_____

Pursuant to the final trial preparation conference on July 29, 2005, it is

ORDERED that the trial of this matter set for September 19, 2005, is vacated and the trial is rescheduled for a trial to a jury of twelve on January 23, 2006, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial, in Courtroom A, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado, and it is

FURTHER ORDERED that the deadline for final lists of exhibits, witnesses and exchange of exhibits is December 23, 2005.  Trial procedures may be found at

**http://www.cod.uscourts.gov/judges_frame.htm.**

DATED: August 2nd, 2005

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge