IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-1126-RPM-PAC

DAVID R. ANDERSON,

    Plaintiff,

vs.

CRAIG MOEN,
JESSE AVENDANO,
KENNETH MANZANARES,
OFFICER GROTHE,
EVERYDAY CORPORATION,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW

**THIS MATTER**, having come before the Court, the Court having reviewed the Unopposed Motion to Withdraw as Counsel and the file, having considered said Unopposed Motion, and being fully advised in the premises, the Court hereby:

**FINDS THAT** good cause exists for the Motion to Withdraw and **ORDERS** that the Unopposed Motion to Withdraw as Counsel is **GRANTED**. Seth A. Rider is permitted to withdraw as counsel of record in this matter. Thomas S. Rice will continue to represent **CRAIG MOEN,**

**JESSE AVENDANO, KENNETH MANZANARES AND RYAN GROTHE** as counsel of record.

Dated this 26th day of August, 2005

By the Court:                             s/Richard P. Matsch

_____
District Court Judge Richard P. Matsch

00194143.WPD