IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   02-cv-01126-RPM

DAVID ANDERSON,

        Plaintiff,

v.

CRAIG MOEN, et al.,

        Defendants.

**Minute Order Entered by Senior District Judge Richard P. Matsch:**


s/
M.V. Wentz
 Secretary


     Due to a Court conflict, plaintiff's Motion to Vacate Trial Date and Schedule Status Conference (Doc. #158) is **rescheduled** for hearing at **3:00 p.m. on January 4, 2006,** in Courtroom A, Second Floor, the Byron White United States Courthouse, Denver, Colorado.

Dated: January 3, 2006