UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.    02-cv-1126-RPM

DAVID R. ANDERSON,

       Plaintiff,

v.

CRAIG MOEN,
JESSE AVENDANZO,
KENNETH MANZANARES and
RYAN GROTHE,

       Defendants.
_____

ORDER VACATING TRIAL DATE
_____

       Because of the unavailability of the plaintiff, the trial date is vacated.  Counsel for the plaintiff will advise the Court when the plaintiff becomes available.

       DATED:   January 4, 2006

                                         BY THE COURT:

                                         s/Richard P. Matsch
                                         _____
                                         Richard P. Matsch, Senior District Judge