UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.    02-cv-01126-RPM

DAVID R. ANDERSON,

      Plaintiff,

v.

CRAIG MOEN,
JESSE AVENDANZO,
KENNETH MANZANARES and
RYAN GROTHE,

      Defendants.
_____

ORDER FOR STATUS REPORT
_____

      During a hearing on January 4, 2006, this Court vacated the trial date and requested counsel to inform the Court as to plaintiff's status in the pending criminal proceedings in the state court.  Counsel have not reported plaintiff's status since that hearing and it is therefore

      ORDERED that counsel shall file a status report with this court by February 10, 2010.

      DATED:   January 27th, 2010

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge