UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.    02-cv-01126-RPM

DAVID R. ANDERSON,

    Plaintiff,

v.

CRAIG MOEN,
JESSE AVENDANZO,
KENNETH MANZANARES and
RYAN GROTHE,

    Defendants.
_____

ORDER DISCHARGING ORDER TO SHOW CAUSE AND SETTING STATUS CONFERENCE
_____

Upon consideration of Plaintiff's Response to Order to Show Cause [174], it is

ORDERED that this Court's Order to Show Cause [173] is discharged and it is

FURTHER ORDERED that a status conference is set for **March 26, 2010, at 3:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

DATED:   March 1st, 2010

                      BY THE COURT:

                      s/Richard P. Matsch

                      _____
                      Richard P. Matsch, Senior District Judge