UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 02-cv-01126-RPM

DAVID R. ANDERSON,

    Plaintiff,

v.

CRAIG MOEN,
JESSE AVENDANZO,
KENNETH MANZANARES and
RYAN GROTHE,

    Defendants.
_____

ORDER FOR STATUS REPORT
_____

During a hearing convened on April 15, 2010, counsel agreed to conduct limited discovery regarding the availability of witnesses. Nothing further has been filed and it is now

ORDERED that counsel shall file a status report with this court on or before August 13, 2010.

DATED: August 3rd, 2010

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge